**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Robert Wynter

       Plaintiff,

v.              Case No.: 1:22−cv−02570
              Honorable Jeremy C. Daniel

Tailored Foam, Inc.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 17, 2023:

  MINUTE entry before the Honorable Jeremy C. Daniel: Final approval hearing held. Plaintiff's unopposed motion for attorneys' fees and costs [34] is granted. Joint motion for final approval of parties' joint stipulation and agreement to settle class action and other claims and for approval of class certification [36] is granted. The parties shall send the proposed order to proposed_order_daniel@ilnd.uscourts.gov in Word format. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.